IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARICELA MARIN GAETA, Individually And As Representative of the Estate of AMADO PASILLAS SOSA And As Next Friend of ZULEMA PASILLAS MARIN; and JUAN PASILLAS GOMEZ and ANDREA SOSA ACEVEDO, Individually and As the Natural Parents of AMADO PASILLAS SOSA; <br><br> LUZ MARIA RESENDEZ, Individually and As Representative of the Estate of ISRAEL RODRIGUEZ LARA And As Next Friend of CINDY DENISE RODRIGUEZ RESENDEZ And LESLIE SAHI RODRIGUEZ RESENDEZ; <br><br> ISRAEL RODRIGUEZ and MARIA DEL CARMEN LARA CERVANTES, Individually And As Natural Parents of ISRAEL RODRIGUEZ LARA; <br><br> SIMON GONZALEZ ORTIZ and MARIA GLORIA AMAYA DE GONZALEZ, Individually and As Natural Parents of JUAN PABLO GONZALEZ AMAYA; and <br><br> LORENA ESCALAATE, Individually and As Representative of the Estate of GERARDO MUNIZ VIGIL and As Next Friend of YOVANY MUNIZ ESCALANTE and IVAN GERARDO MUNIZ ESCALANTE <br>  Plaintiffs <br><br> VS. <br><br> UNION PACIFIC RAILROAD COMPANY <br>  Defendant | B-00-87 <br><br> CIVIL ACTION NO. B-99-055 |

## ORDER GRANTING DEFENDANT'S MOTION FOR SEVERANCE

CAME ON this day, 15 JUNE, 2000, Defendant UNION PACIFIC RAILROAD COMPANY'S Motion for Severance, and the Court after having

UP's Motion for Severance                                                  Page 8

reviewed the Motion and the pleadings on file herein, is of the opinion that the same should be GRANTED. IT IS, THEREFORE,

ORDERED, ADJUDGED AND DECREED that UNION PACIFIC RAILROAD COMPANY'S Motion for Severance is GRANTED that the Intervention is hereby severed, and that a new cause number of _B-00-087_ is given to Acosta vs. Union Pacific.

SIGNED this the _15_ day of _JUNE_, 2000.

_____
JUDGE PRESIDING

Copies to:

Mr. Frank Costilla
Mr. James P. Grissom
Mr. Gilberto Hinojosa
Mr. Ray Marchan
Mr. Jaime A. Saenz

/0

United States District Court
Southern District of Texas
FILED

MAY 2 5 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARICELA MARIN GAETA, Individually And As Representative of the Estate of AMADO PASILLAS SOSA And As Next Friend of ZULEMA PASILLAS MARIN; and JUAN PASILLAS GOMEZ and ANDREA SOSA ACEVEDO, Individually and As the Natural Parents of AMADO PASILLAS SOSA; | |
| LUZ MARIA RESENDEZ, Individually and As Representative of the Estate of ISRAEL RODRIGUEZ LARA And As Next Friend of CINDY DENISE RODRIGUEZ RESENDEZ And LESLIE SAHI RODRIGUEZ RESENDEZ; | |
| ISRAEL RODRIGUEZ and MARIA DEL CARMEN LARA CERVANTES, Individually And As Natural Parents of ISRAEL RODRIGUEZ LARA; | **CIVIL ACTION NO. B-99-055** |
| SIMON GONZALEZ ORTIZ and MARIA GLORIA AMAYA DE GONZALEZ, Individually and As Natural Parents of JUAN PABLO GONZALEZ AMAYA; and | |
| LORENA ESCALAATE, Individually and As Representative of the Estate of GERARDO MUNIZ VIGIL and As Next Friend of YOVANY MUNIZ ESCALANTE and IVAN GERARDO MUNIZ ESCALANTE<br>    Plaintiffs | |
| VS. | |
| UNION PACIFIC RAILROAD COMPANY<br>    Defendant | |

## DEFENDANT UNION PACIFIC RAILROAD COMPANY'S MOTION FOR SEVERANCE

TO THE HONORABLE JUDGE OF SAID COURT:

UP's Motion for Severance                                                Page 1

COMES NOW, the Defendant herein, Union Pacific Railroad Company, and files this its Motion for Severance, and in support thereof would respectfully show the court as follows:

### I.

This lawsuit arises out of an accident that occurred on October 12, 1998 in Norias, Texas wherein six individuals sleeping on tracks owned and operated by Union Pacific Railroad Company were killed. Counsel for the Plaintiffs in this case, Ray Marchan, filed his Original Complaint on March 12, 1999, and on a later date, counsel for the Intervenors filed his Complaint in Intervention on September 29, 1999. Until recently, it was assumed that the Intervenors were filing suit pursuant to the same accident as in the underlying accident of October 12, 1998.

### II.

At the deposition of the Intervenor, Hector Pio Acosta, it was determined that his brother sustained fatal injuries not on October 12, 1998 in Norias, Texas, but rather on July 5, 1999 at Sarita, Texas. Therefore, the Complaint in Intervention involves an entirely separate train, separate location, and on a separate date than the underlying lawsuit. In light of the fact that the Complaint in Intervention is based on an entirely separate incident, the Complaint in Intervention should be severed pursuant to Rule 21 of the Federal Rules of Civil Procedure.

### III.

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, because the Intervention herein pertains to an entirely separate incident, the Defendant Union Pacific would request that this cause be severed, that it become a separate and independent action from the underlying action, that a separate cause number be given, and further that separate discovery deadlines be imposed.

WHEREFORE, PREMISES CONSIDERED, Defendant Union Pacific Railroad Company, respectfully requests the Court grant its Motion for Severance and for such other and further relief to which it may show itself justly entitled to receive.

Respectfully submitted,

_____
Jaime A. Saenz
Federal I.D. Number 7630

Mitchell C. Chaney
Federal I.D. Number 1918

RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren Street
P.O. Box 2155
Brownsville, Texas 78522
Telephone No.: (956) 542-7441
Facsimile No.:  (956) 541-2170

ATTORNEYS FOR DEFENDANT
UNION PACIFIC RAILROAD COMPANY

## CERTIFICATE OF CONFERENCE

Plaintiffs' Counsel and Counsel for Intervenors have been contacted regarding the filing of this Motion, and both are opposed to its filing.

_____
Jaime A. Saenz

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing document was caused to be served upon counsel of record, to-wit:

Mr. Ray Marchan
EDDINGTON & ASSOCIATES, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas 78520

Mr. Frank Costilla
Law Offices of Frank Costilla
Attorneys At Law
5 East Elizabeth Street
Brownsville, Texas 78520

Mr. James P. Grissom
Attorneys at Law
721 East Esperanza Street, Suite D
McAllen, Texas 78504

Gilberto Hinojosa
Magallanes, Hinojosa & Trevino
1731 Boca Chica Blvd.
Brownsville, TX 78520

Via Certified Mail, Return Receipt Requested, Facsimile, and/or Hand Delivery on this the ___ day of _____, 2000.

_____
Jaime A. Saenz

UP's Motion for Severance                                                                 Page 5