2

United States District Court
Southern District of Texas
FILED

JUL 27 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR PIO ACOSTA, INDIVIDUALLY | § | CIVIL ACTION NO. B-00-087 |
| AND AS REPRESENTATIVE OF THE | § | |
| ESTATE OF ARMANDO PIO ACOSTA | § | |
| | § | |
| AND MARIA LORETA DE JESUS | § | |
| ACOSTA AND LORENZO PIO AS THE | § | |
| NATURAL PARENTS OF ARMANDO | § | |
| PIO ACOSTA | § | |
| | § | |
| VS. | § | BEFORE THE JURY |
| UNION PACIFIC RAILROAD COMPANY | § | |
| | § | |

### PLAINTIFFS' AMENDED DESIGNATION OF EXPERTS

NOW COMES, HECTOR PIO ACOSTA, et al, by and through their attorney of record, JAMES P. GRISSOM, 721 E. Esperanza, Suite D, McAllen, Texas 78504, and files these their designation of experts as follows :

      Gavino Hernandez
      Kennedy County Sheriff's Dept.
      P.O. Box 10
      Sarita, Texas 78385
      512-294-5205

    Knowledge of facts and circumstances surrounding the accident made the basis of this lawsuit.

      Custodian of Records for
      Gavino Hernandez
      Kennedy Sheriff's Dept.
      P.O. Box 10
      Sarita, Texas 78385
      512-294-5205

    Knowledge of facts and circumstances surrounding the accident made the basis of this lawsuit. It is reasonably anticipated the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

      Eduardo Gonzalez
      Justice of the Peace
      P.O. Box 8
      Sarita, Texas 78385

    Knowledge of the facts and circumstances surrounding the accident made the basis of this lawsuit.

    Custodian of Records for
    Eduardo Gonzalez
    Justice of the Peace
    P. O. Box 8
    Sarita, Texas

  Knowledge of facts and circumstances surrounding the accident made the basis of this lawsuit. It is reasonably anticipated the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

    Dr. Lloyd White
    Nueces County Medical Examiner
    2710 Hospital Blvd.
    Corpus Christi, Texas 78405

  Knowledge of facts and circumstances surrounding the autopsy performed on Jose Israel Rodriguez Lara and Amador Pasillas Sosa for injuries sustained as a result of the accident made the basis of this lawsuit.

    Custodian of Records for
    Dr. Lloyd White
    Nueces County Medical Examiner
    2710 Hospital Blvd.
    Corpus Christi, Texas 78405

  Knowledge of facts and circumstances surrounding the autopsy performed on Jose Israel Rodriguez Lara and Amador Pasillas Sosa for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

    Ms. Virginia Tipton
    P.O. Box 52997
    Houston, Texas 77052-2997

  Railroad operations expert and consultant who is expected to testify regarding the fault of the railroad companies are acts leading to the deaths of Plaintiffs.

Custodian of Records for
Ms. Virginia Tipton
P.O. Box 52997
Houston, Texas   77052-2997

Railroad operations expert and consultant who is expected to testify regarding the fault of the railroad companies are acts leading to the deaths of Plaintiffs. It is reasonably anticipated the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Darin K. Kosmak
Texas Department of Transportation
Railroad Laison Branch Manager
Railroad Section
Traffic Operations Division
118 E. Riverside Drive
Austin, Texas
(512) 416-2200

Is expected to testify as to knowledge regarding the State's Active Signal Fire/Program at this crossing, as well as financial information documenting costs to date, the federal costs participation in statewide projects to improve passive warning devices at public railroad crossings, and the responsibilities of the parties involved at the public grade crossings regarding upgrades in warning devices.

>Custodian of Records for
>Darin K. Kosmak
>Texas Department of Transportation
>Railroad Laison Branch Manager
>Railroad Section
>Traffic Operations Division
>118 E. Riverside Drive
>Austin, Texas
>(512) 416-2200

Is expected to testify as to knowledge regarding the State's Active Signal Fire/Program at this crossing, as well as financial information documenting costs to date, the federal costs participation in statewide projects to improve passive warning devices at public railroad crossings, and the responsibilities of the parties involved at the public grade crossings regarding upgrades in warning devices. It is reasonably anticipated the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

>Stephen Horner
>Economic, Business & Statistical Consulting
>P.O. Box 2685
>Corpus Christi, Texas 78403-26685

Is expected to testify as to the economic damages of the Plaintiffs.

>Custodian of Records for
>Stephen Horner
>Economic, Business & Statistical Consulting
>P.O. Box 2685
>Corpus Christi, Texas 78403-26685

Is expected to testify as to the economic damages of the Plaintiffs. It is reasonably anticipated the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Roy Cantu
Embalmer # 5614
Turcotte-Piper Mortuary
205 General Cavazos Blvd.
Kingsville, Texas 78364
512-592-9394

Knowledge of facts and circumstances surrounding the embalming of decedent's body for injuries sustained as a result of the accident made the basis of this lawsuit.

Custodian of Records for
Roy Cantu
Embalmer # 5614
Turcotte-Piper Mortuary
205 General Cavazos Blvd.
Kingsville, Texas 78364
512-592-9394

Knowledge of facts and circumstances surrounding the embalming of decedent's body for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the records pertaining to decedent are under the supervision, custody and control of the custodian of records, and that such records were kept in the regular course of business.

Edward Gonzales
Justice of The Peace
Local registrar of Precinct 4
Kingsville, Kennedy County, Texas

Is expected to testify that decedent did not have any contagious diseases.

Custodian of Records for
Edward Gonzales
Justice of The Peace
Local registrar of Precinct 4
Kingsville, Kennedy County, Texas

Is expected to testify that decedent did not have any contagious diseases. It is reasonably anticipated that the custodian of records will testify that the records pertaining to decedent are under the supervision, custody and control of the custodian of records, and that such records were kept in the regular course of business.

Additionally, Plaintiff may use Defendants expert witnesses or persons listed on their behalf giving an opinion in this case:

William J. Green
Sr. Claims Representative
Union Pacific Railroad Company
P. O. Box 1287
Corpus Christi, Texas 78403
(361) 889-5632
Employed with Defendant for nine years.

Letty Garza
U. S. Border Patrol
McAllen Sector Spokeswoman
address unknown

Custodian of Records for
Letty Garza
U. S. Border Patrol
McAllen Sector Spokeswoman
address unknown

Eleazar Garcia
2008 Iris Avenue
McAllen, texas 78501
Defendant's engineer

C. J. Moiser
5617 Fresno
Corpus Christi, Texas 78411
Defendant's conductor

Frank Delarosa
1112 North 15th Street
Kingsville, Texas 78363
Defendant's brakeman

Mark Davis
Union Pacific Railroad Company
24125 Aldine-Westfield Road
Spring, Texas 77373
Employed by Defendant

Richard Loya
Manager of Train Operations
Union Pacific Railroad Company
600 Fronton Street
Brownsville, Texas 78520
Employed by Defendant

Gary Norman
Resigned from the service of Union Pacific Railroad
Company 1/31/00

John Dee Hopkins
Director of Transportation Services
San Antonio, Texas

Rogerio Weaver
Manager Yard Operations
Brownsville, Texas

Robert T. Lucio
Track Foreman
Harlingen, Texas

Curtis P. Glass
Manger Track Maintenance
Corpus Christi, Texas

Robert Kenyon
General Manager Safety
Omaha, Nebraska

Pedro Perez
Engineering Tech 2
Harlingen, Texas

J. Bryan Foxx
Regional Director-South
Spring, Texas

Respectfully Submitted on the \_\_\_7th\_\_\_ day of July, 2000

        JAMES P. GRISSOM
        721 E. Esperanza, Suite D
        McAllen, Texas 78504
        956-994-1127
        956-994-1145 (fax)

By: _/s/ James P. Grissom_
       JAMES P. GRISSOM
       Attorney for Plaintiff
       State Bar No. 08511900

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2000, a true and correct copy of the foregoing document has been mailed First Class Mail proper postage prepaid to :

        Mr. Jaime A. Saenz
        Rodriguez, Colvin & Chancy, LLP
        1201 E. Van Buren Street
        Brownsville, Texas 78520

By: _____
    James P. Grissom