United States District Court
Southern District of Texas
FILED

AUG 01 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR PIO ACOSTA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ARMANDO PIO ACOSTA | § § § § | CIVIL ACTION NO. B-00-087 |
| AND MARIA LORETA DE JESUS ACOSTA AND LORENZO PIO AS THE NATURAL PARENTS OF ARMANDO PIO ACOSTA | § § § § § | |
| Vs. | § § | BEFORE THE JURY |
| UNION PACIFIC RAILROAD COMPANY | § § | |

## DEFENDANT UNION PACIFIC RAILROAD COMPANY'S DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, UNION PACIFIC RAILROAD COMPANY, Defendant herein, and, reserving the right to file additional designations consistent with the Court's Docket Control Orders in this case and the Federal Rules of Civil Procedure, makes and files this its Designation of Expert Witnesses:

### I.

The Defendant designates the following experts who may testify at the trial of the above-captioned matter:

1. Gavino Hernandez
   Kennedy County Sheriff's Dept.
   P.O. Box 10
   Sarita, Texas 78385
   (512) 294-5205

2. Eduardo Gonzalez
   Justice of the Peace
   P.O. Box 8
   Sarita, Texas 78385

3. Dr. Lloyd White
   Nueces County Medical Examiner
   2710 Hospital Blvd.
   Corpus Christi, Texas 78405

4. Roy Cantu
   Embalmer #5614
   Turcotte-Piper Mortuary
   205 General Cavazos Blvd.
   Kingsville, Texas 78364
   (512) 592-9394

5. Edward Gonzales
   Justice of the Peace
   Local Registrar of Precint 4
   Kingsville, Kennedy County, Texas

6. Walt Reed
   Reed & Associates Engineering
   8610 Ranch Road 620 North
   Building "A"
   Austin, Texas 78726
   (512) 335-0014

7. Gary Wolf
   Railsciences, Inc.
   3 North Clarendon Avenue
   Atlanta, Georgia 30002-1151

8. Dr. Erich Phillips
   EXPONENT
   149 Commonwealth
   Menlo Park, California 94025
   (650) 688-7060

9. Fred Borrego
   United States Border Patrol
   NAS Building 3731
   Kingsville, Texas 78363
   (361) 592-3284

10. Socrates Garza
    122 West Jefferson
    Harlingen, Texas 78550

11. Randy Lane
    Regional Director Special Service
    Union Pacific Railroad Company
    8615 Freeport Parkway, Room 170
    Irving, Texas 75063
    (972) 929-3400

12. John C. Brinning
    Patrol Agent in Charge
    901 Rangerville Road
    Harlingen, Texas
    (956) 427-8611

13. Pat Crabtree
    5695 Cut Point Road
    Lottie, LA 70756

## II.

The Defendant reserves the right to cross-examine Plaintiffs' designated expert witnesses and to elicit opinions from them during same without agreeing with or vouching for any or all opinions such persons may have.

The Defendant reserves the right to later designate additional experts and/or provide reports, if necessary, in accordance with this Court's Orders on docket control and/or in response to any later designation of expert witnesses by Plaintiffs and/or upon receiving more detail as to the experts' opinions and testimony Plaintiffs intend to offer at trial.

This Defendant may call as witness(es) at trial any of or all persons who have been deposed in this case and offer at trial any and all deposition testimony taken in this case regardless of whether such deposition testimony may constitute knowledge of facts or expert testimony.

This Defendant reserves the right to withdraw the designation of any experts and to aver positively that any such previously designated experts will not be called as expert witness pursuant to Texas case law.

Respectfully submitted,

_____
Jaime A. Saenz
Federal I.D. Number 7630
State 17514854
Mitchell C. Chaney
Federal I.D. Number 1918

RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren Street
P.O. Box 2155
Brownsville, Texas 78522

Telephone No.: (956) 542-7441
Facsimile No.: (956) 541-2170

ATTORNEYS FOR DEFENDANT
UNION PACIFIC RAILROAD COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded to all counsel of record, to-wit:

Mr. James P. Grissom
Attorneys at Law
721 East Esperanza Street, Suite D
McAllen, Texas 78504

Gilberto Hinojosa
Magallanes, Hinojosa & Trevino
1731 Boca Chica Blvd.
Brownsville, TX 78520

by Certified Mail, Return Receipt Requested, Facsimile and/or Hand Delivery on this **1st** day of August, 2000.

_____
JAIME A. SAENZ

Defendant UPRR's Designation of Experts
*Acosta, et al, v. UPRR*                                                                                           Page 4