United States District Court
Southern District of Texas
ENTERED

MAR 0 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR ACOSTA PIO<br>Plaintiff, | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. B-00-087 |
| UNION PACIFIC RAIL ROAD<br>Defendant. | §<br>§<br>§ | JURY TRIAL DEMANDED |

## AGREED ORDER FOR SHARED DISCOVERY

**ON THIS DAY**, appeared before the Court, counsel for the parties in the above styled and numbered cause whose signature appears below and announced to the Court their agreement to share discovery from the numbered case, Civil Action No. B-99-055. Specifically, counsel for the parties agree to share the following discovery from said case which may be offered without restriction other than evidentiary objections:

1. Plaintiff's Second Amended Designation of Experts;

2. Plaintiff's Answers to Defendants First Set of Interrogatories;

3. Plaintiff's Responses to Defendant's Request for Production;

4. Any and all depositions, either oral or by written questions, taken by any party of any designated expert or fact witness.

**THEREFORE, IT IS ORDERED,** that the discovery from Civil Action No. B-99-055 will be available for Plaintiffs in the above-styled and numbered cause, according to the agreement of counsel as set out above.

SIGNED on 3-5-_____, 2001.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

_____
JAMES P. GRISSOM
Attorney for Plaintiff
HECTOR ACOSTA PIO
2408 North Conway
Mission, Texas, 78572
Tel: (956) 994-1127
Fax: (956) 994-1145

_____
JAIME SAENZ
Attorney for Union Pacific Rail Road
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Brownsville, Texas, 78520
Tel: (956) 542-7441
Fax: (956) 541-2170 fax