

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FILED
APR 23 2001
Michael N. Milby
Clerk of Court

HECTOR ACOSTA PIO, et al
Plaintiffs,

V.

UNION PACIFIC RAIL ROAD
Defendant.

CIVIL ACTION NO. B-00-087

JURY TRIAL DEMANDED

## PLAINTIFFS' MOTION FOR TRIAL SETTING

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Plaintiffs, HECTOR ACOSTA PIO, et al, as Movants herein, and brings this Motion for Trial Setting, and in support thereof, shows the court the following:

The parties in this case are proceeding with discovery on a pace to be ready for trial. Accordingly, Plaintiffs request that this matter be set for hearing to set a trial date.

**WHEREFORE, PREMISES CONSIDERED**, Movants pray the Court grants this Motion for Trial Setting, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

By: _____
JAMES P. GRISSOM
Texas Bar No. 08511900
Federal ID No. 11417
2408 North Conway
Mission, Texas 78572
Tel. (956)994-1127
Fax. (956)994-1145
Attorney for Plaintiffs
HECTOR ACOSTA PIO, et al

## CERTIFICATE OF SERVICE

I certify that on April ___, 2001 a true and correct copy of Plaintiffs' Motion for Trial Setting was served by facsimile transmission on Jaime Saenz at (956) 541-2170.

_____
JAMES P. GRISSOM