IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR ACOSTA PIO, et al<br>Plaintiff, | § § § | |
| V. | § § § | CIVIL ACTION NO. B-00-087 |
| UNION PACIFIC RAIL ROAD<br>Defendant. | § § § | JURY TRIAL DEMANDED |

## ORDER SETTING HEARING

The above and foregoing Plaintiffs' Motion for Trial Setting having been presented and duly considered, the Court is of the opinion that a hearing on same is necessary.

**IT IS THEREFORE ORDERED** that said Motion is set for hearing on _May 3_, 2001, at _1:30_ p.m., in the **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION**.

SIGNED on _25 April_, 2001.

_____
JUDGE PRESIDING