7

United States District Court
Southern District of Texas
FILED

MAY 0 3 2001

Michael N. Milby
Clerk of Court

## THE HONORABLE JOHN WM. BLACK

## HEARING ON PLAINTIFFS' MOTION FOR TRIAL SETTING

CIVIL ACTION NO. B-00-087          DATE & TIME: 05-03-01 AT 1:30 P.M.

HECTOR ACOSTA PIO, ET AL.          PLAINTIFF(S)  JAMES GRISSOM
                                   COUNSEL

VS.

UNION PACIFIC RAILROAD CO.         CLAIMANT       JAIME SAENZ
                                                  MITCHELL CHANEY

---

Attorneys James Grissom and Jaime Saenz appeared in chambers.

Scheduling dates were selected.