8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| HECTOR ACOSTA PIO, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-087 |
| § | |
| UNION PACIFIC RAILROAD CO. § | |

ORDER

On this day came on to be considered the **scheduling order** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **June 15, 2001.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(2) A final pretrial and settlement conference is set for **June 15, 2001 at 1:30 P.M.**

(3) Final Pretrial is set for **July 5, 2001 at 8:30 A.M.** before Judge Filemon B. Vela. Jury selection is set for **July 6, 2001 at 8:30 A.M.** before Judge Filemon B. Vela.

(4) Trial on the merits is set for **July, 2001,** docket call before Judge Filemon B. Vela.

DONE at Brownsville, Texas, on this 7th day of May, 2001.

_____
John Wm. Black
United States Magistrate Judge