9

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

MAY 22 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| HECTOR PIO ACOSTA, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-087 |
| § | |
| UNION PACIFIC RAILROAD CO. § | |

TYPE OF CASE:  __X__ CIVIL         ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
**(WILL NOT BE NECESSARY IF SETTLEMENT DOCUMENTS HAVE BEEN FILED)**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME SCHEDULED:

**JUNE 27, 2001 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:  MAY 22, 2001

TO:    MR. JAMES P. GRISSOM
       MR. JAIME SAENZ
       MR. MITCHELL CHANEY