*10*

United States District Court
Southern District of Texas
FILED

JUN 2 7 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

CIVIL ACTION NO. __B-00-087__         DATE & TIME: __06-27-01 AT 2:00 P.M.__

HECTOR ACOSTA PIO, ET AL.            PLAINTIFF(S)   __JAMES GRISSOM__
                                     COUNSEL

VS.

UNION PACIFIC RAILROAD CO.           CLAIMANT       __JAIME SAENZ__
                                                    __MITCHELL CHANEY__

-------------------------------------------------------------------------------

CSO: D. Harrelson
ERO: G. Mendieta

   Attorneys Gilbert Hinojosa in lieu of James Grissom and Jaime Saenz appeared.

   Settlement documents are being signed.

   Status conference will be set in July, 2001 before Judge Vela.