11

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
FILED

JUN 28 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HECTOR PIO ACOSTA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-087 |
| | § | |
| UNION PACIFIC RAILROAD CO. | § | |

TYPE OF CASE:      __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE BEFORE JUDGE FILEMON B. VELA
(WILL NOT BE NECESSARY IF SETTLEMENT DOCUMENTS HAVE BEEN FILED)**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.

**THIRD FLOOR COURTROOM, #4**

DATE AND TIME SCHEDULED:

**JULY 18, 2001 AT 8:30 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 28, 2001

TO:     MR. JAMES P. GRISSOM
        MR. JAIME SAENZ
        MR. MITCHELL CHANEY