United States District Court
Southern District of Texas
FILED

JUL 1 8 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR PIO ACOSTA <br> Individually and as Representative of the <br> Estate of ARMANDO PIO ACOSTA and <br> MARIA LORETA DE JESUS ACOSTA <br> And LORENZO PIO, <br> Plaintiff, <br><br> VS. <br><br><br> UNION PACIFIC RAILROAD <br> COMPANY, <br> Defendant | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION <br><br><br> NO. B-00-087 |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, the Plaintiffs, HECTOR PIO ACOSTA, Individually and As Representative of the Estate of ARMANDO PIO ACOSTA, and MARIA LORETA DE JESUS ACOSTA AND LORENZO PIO As the Natural Parents of ARMANDO PIO ACOSTA, and Defendant, UNION PACIFIC RAILROAD COMPANY, in the above-entitled and numbered cause, appearing by and through their counsel of record, and file this their Joint Motion to Dismiss the Complaint in Intervention against Defendant, UNION PACIFIC RAILROAD COMPANY, with prejudice, for the reason that all matters of fact and things in controversy have been fully and finally compromised and settled by and between the Parties hereto.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, HECTOR PIO ACOSTA, Individually and As Representative of the Estate of ARMANDO PIO ACOSTA, and MARIA LORETA DE JESUS ACOSTA AND LORENZO PIO As the Natural Parents of ARMANDO PIO ACOSTA, and Defendant, UNION PACIFIC RAILROAD COMPANY, request that the Court enter an Order dismissing all claims against UNION PACIFIC RAILROAD COMPANY, with prejudice, with costs of court to be borne by each Party incurring such costs.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____

Jaime A. Saenz
Federal I.D. Number 7630
State Bar No. 17514859
1201 E. Van Buren Street
P.O. Box 2155
Brownsville, Texas 78522
Telephone No.: (956) 542-7441
Facsimile No.: (956) 541-2170

**ATTORNEYS FOR DEFENDANT
UNION PACIFIC RAILROAD COMPANY**

BY: _____

James P. Grissom
Federal I.D. Number 11417
State Bar No.: 08511900
Attorneys at Law
721 East Esperanza, Suite D
McAllen, Texas 78504
Telephone No.: (956) 994-1127
Telefax No.: (956) 994-1145

And

Gilberto Hinojosa
Federal I.D. Number 3425
State Bar No. 09701100
Magallanes, Hinojosa & Mancias
1713 Boca Chica Blvd.
Brownsville, Texas 78520
Telephone No.: (956) 544-6571
Telefax No.: (956) 544-4290

**ATTORNEYS FOR PLAINTIFFS**

*Joint Motion & Order of Dismissal*

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to-wit:

James P. Grissom
Attorney at Law
2408 North Conway
Mission, Texas 78572

Gilberto Hinojosa
Magallanes, Hinojosa & Mancias
1731 Boca Chica Blvd.
Brownsville, Texas 78520

Mr. Ray Marchan
Watts & Heard, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas 78520

Mr. Frank Costilla
Law Offices of Frank Costilla
Attorneys At Law
5 East Elizabeth Street
Brownsville, Texas 7852

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery, pursuant to the Federal Rules of Civil Procedure, on this the _18th_ day of _July_, 2001.

_____
Jaime A. Saenz

*Joint Motion & Order of Dismissal*

ClibPDF - www.fastio.com