13

IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 18 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HECTOR PIO ACOSTA Individually and as Representative of the Estate of ARMANDO PIO ACOSTA and MARIA LORETA DE JESUS ACOSTA And LORENZO PIO, Plaintiff, VS. UNION PACIFIC RAILROAD COMPANY, Defendant | § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-00-087 |

## ORDER OF DISMISSAL

BE IT REMEMBERED that on this 18th day of July, 2001, came to be heard Plaintiffs, HECTOR PIO ACOSTA, Individually and As Representative of the Estate of ARMANDO PIO ACOSTA, and MARIA LORETA DE JESUS ACOSTA AND LORENZO PIO As the Natural Parents of ARMANDO PIO ACOSTA, and Defendant UNION PACIFIC RAILROAD COMPANY, filed a Joint Motion to Dismiss With Prejudice and the Court being fully advised, said the Motion should in all things be **GRANTED**. It is THEREFORE,

ORDERED, ADJUDGED AND DECREED by the Court that the causes of action of Plaintiffs, HECTOR PIO ACOSTA, Individually and As Representative of the Estate of ARMANDO PIO ACOSTA, and MARIA LORETA DE JESUS ACOSTA AND LORENZO PIO As the Natural Parents of ARMANDO PIO ACOSTA, against Defendant, UNION PACIFIC RAILROAD COMPANY, be dismissed with prejudice, with costs of court to be borne by each Party incurring such costs.

SIGNED this the 18th day of July, 2001.

_____
JUDGE PRESIDING

Copies to:
Frank Costilla
James P. Grissom
Gilberto Hinojosa
Ray Marchan
Jaime A. Saenz

*Joint Motion & Order of Dismissal*